OSD (4/1/07) kkm

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

April 9, 2007

Clerk, U.S. Bankruptcy Court

BY **kkm** DEPUTY

In re )
**10 Bears at Chiloquin, Inc** )  Case No. **06−62079−fra7**
Debtor(s) )
)
) ORDER STRIKING
) DOCUMENT(S)
)
)

**IT IS ORDERED** that:

1. The

   Notice of Opposition to Continuance of Hearing on Conversion of Case to Chapter 11 Filed By Trustee Thomas A Huntsberger, Creditor Pete Hansen & Sons (MILLS, DAVID)

   filed on **4/3/07** is stricken for the reason(s) stated below, will have no legal effect and, if filing of the document is otherwise permitted by the applicable rules, it must be refiled before the court will take any action thereon:

   **No request for postponement of hearing has been received by the court.**

   *[NOTE: It is highly recommended that you constantly monitor this court's website at www.orb.uscourts.gov in order to stay current regarding updates to local court rules, forms, fees, procedures, etc!]*

2. Any fees accompanying the document(s) must not be refunded.

3. If the document is an adversary proceeding complaint, the proceeding will be dismissed without further court order or notice if timely action is not taken pursuant to pt. 5. below.

4. If filing is otherwise permissible, then, unless proceeding per either pt. 5. or 6., the filer MUST DO EACH of the following: (a) file a new document that is in full compliance with all national and local rules; (b) include the full applicable filing fee, if any; **AND** (c) serve any copies as required by court rules. The new document will then be filed as of the NEW date of tender, AND will not be considered as an amendment to any previously filed document.

5. If filing is otherwise permissible, this Order will be automatically set aside, and any time deadlines such as time to file responsive documents or to set hearings will be tolled and not begin to run until the filing date of the properly amended document, without further court order, **IF,** within the later of eight (8) days of the above "FILED" date of THIS Order or any longer period specified in pt.1. for a document, the filing party files with the Clerk of Court BOTH (a) a new document which BOTH (i) CLEARLY states it is "AMENDED", AND (ii) FULLY complies with all National and Local Bankruptcy Rules, **AND** (b) **A CERTIFICATION THAT** copies of BOTH (i) this Order **AND** (ii) the required complying document(s) were served on all parties that were served with a copy of the original document(s) named in pt. 1.

6. If filing is otherwise permissible, this Order will possibly be reconsidered **IF,** within the later of eight (8) days of the above "FILED" date of THIS Order or any longer period specified in pt. 1. for a document, the filing party files with the Clerk of Court a written request to have the court consider the scheduling of a hearing to determine whether or not to enter a separate order setting aside this Order and tolling any time deadlines that BOTH (a) CLEARLY SETS FORTH ALL grounds for failing to file a complying document pursuant to pt. 5., **AND** (b) **INCLUDES A CERTIFICATION THAT** a copy of the request for hearing was served on all parties that were served with a copy of the original document(s) named in pt. 1.

Clerk, U.S. Bankruptcy Court

91 − 88